# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
June 4, 2026

Lyle W. Cayce
Clerk

No. 25-30518
Summary Calendar

───────────────

United States of America,

*Plaintiff—Appellee*,

*versus*

Stephen Andrew Cipkin,

*Defendant—Appellant*.

───────────────────────────────

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 1:23-CR-254-1

───────────────────────────────

Before Jones, Duncan, and Douglas, *Circuit Judges*.

Per Curiam:*

Stephen Andrew Cipkin appeals the sentence imposed upon his guilty plea conviction for two counts of enticing a minor to engage in sexual activity. He argues, without citation to authority, that the district court committed plain error by allowing counsel to withdraw his objections to the presentence report—thereby conceding that a guidelines range of life imprisonment

─────────────

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-30518

applied—without ensuring that he understood the consequences of doing so. Because we have not previously addressed the issue Cipkin raises, the district court's failure to give the desired admonishment was not plainly erroneous. *See United States v. Evans*, 587 F.3d 667, 671 (5th Cir. 2009).

AFFIRMED.